JAMES BUCKLEY, as Administrator of the Estate of JOHN M. GOLDEN, Deceased, Appellant, *v.* WESTCHESTER LIGHTING COMPANY, Respondent.

*Buckley* v. *Westchester Lighting Co.,* 93 App. Div. 436, affirmed.
(Argued October 12, 1905; decided October 27, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 5, 1904, affirming a judgment in favor of defendant

entered upon a verdict and an order denying a motion for a new trial.

*Jacob Marks* for appellant.

*Frank Verner Johnson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent: O'BRIEN, J.